1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BILLY DRIVER,                              No.  2:22-cv-0550 AC P

12               Petitioner,

13         v.                                    ORDER

14    CALIFORNIA SUPREME COURT,

15               Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  This

19    court will not rule on petitioner's request to proceed in forma pauperis.

20         Petitioner appears to challenge the execution of his sentence.  As a general rule, "[t]he

21    proper forum to challenge the execution of a sentence is the district where the prisoner is

22    confined."  Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).  Petitioner is currently housed

23    at Kern Valley State Prison in Kern County.  Kern County is part of the Fresno Division of the

24    United States District Court for the Eastern District of California.  L.R. 120(d).

25         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

26    division of a court may, on the court's own motion, be transferred to the proper division of the

27    court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court

28    will not rule on petitioner's request to proceed in forma pauperis.

                                            1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2      1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3      2.  This action is transferred to the United States District Court for the Eastern District of

4    California sitting in Fresno; and

5      3.  All future filings shall reference the new Fresno case number assigned and shall be

6    filed at:

7      United States District Court
       Eastern District of California
       2500 Tulare Street
8      Fresno, CA 93721

9    DATED: March 29, 2022

10

11   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28